**E-FILED**
Thursday, 10 March, 2005  01:15:21 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| J. D. Vieregge, | |
| Plaintiff, | |
| v. | No.: |
| Alonzo Monk, Individually and as Chief of Staff of Governor of the State of Illinois; Rod R. Blagojevich, Individually and as Governor of the State of Illinois;  Roger Walker, Jr., Individually and as Director of the Illinois Department of Corrections, Julie Curry, Individually and as Deputy Chief of Staff to the Governor of the State of Illinois and Michael Rumman, individually and as Director of Central Management Service, James Underwood, Individually and as Personnel Director of the Illinois Department of Corrections, | _____<br>Honorable<br>Judge Presiding<br><br><br>**JURY DEMAND** |
| Defendant. | |

## COMPLAINT

Now comes the Plaintiff, J. D. Vieregge, by and through his attorney, John E. Kerley, and complains of Defendants,  Alonzo Monk, Rod R. Blagojevich, Roger Walker, Jr., Julie Curry, Michael Rumman, and James Underwood, and in support thereof states as follows:

### JURISDICTION

1.      This action is brought pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1981, 1983, 1985, and 1986, the Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 and the Constitution of the United States of America.  Jurisdiction of this Court arises under 28 U.S.C. §1331 and 1343.

<u>PARTIES</u>

2.      Plaintiff J. D. Vieregge (hereinafter referred to as "Vieregge" or "Plaintiff") is a resident of the State of Illinois and a citizen of the United States of America.

3.      Defendant Rod Blagojevich is a resident of the State of Illinois and a citizen of the United States of America.  He is sued in his official and individual capacities.

4.      Defendant Alonzo Monk is a resident of the State of Illinois and a citizen of the United States of America.  He is sued in his official and individual capacities.

6.      Defendant Roger Walker, Jr. is a resident of the State of Illinois and a citizen of the United States of America.  He is sued in his official and individual capacities.

7.      Defendant Julie Curry is a resident of the State of Illinois and a citizen of the United States of America.  She is sued in her official and individual capacities.

8.      Defendant Michael Rumman is a resident of the State of Illinois and a citizen of the United States of America.  He is sued in his official and individual capacities.

9.      Defendant James Underwood is a resident of the State of Illinois and a citizen of the United States of America.  He is sued in his official and individual capacities.

<u>COMMONS FACTS</u>

10.      At all relevant times hereto Plaintiff was employed by the Illinois Department of Corrections.

11.      By a letter in 2003 Plaintiff was advised his employment was being terminated effective immediately.

12.      There was nothing in the job duties of Plaintiff's positions that made political considerations a requisite for the position.

2

PLAINTIFF'S CLAIMS

COUNT I

Plaintiff realleges paragraphs 1 through 12 of this Complaint as paragraphs 1 through 12 of Count I as though fully set forth herein.

13.    At all times relevant hereto Plaintiff had the right to freedom of association as guaranteed his by the First Amendment to the United States Constitution as applied to the states through the Fourteenth Amendment.

14.    The Defendants termination of Plaintiff's employment on a political basis violated Plaintiff's rights as guaranteed him by the First Amendment to the United States Constitution.

16.    Defendants acted under color of state law.

17.    As a result of termination of Plaintiff's employment, Plaintiff has suffered loss of wages and other fringe benefits in excess of Seven Hundred Fifty Thousand ($750,000.00), he has also suffered stress, tension, humiliation, injury to reputation, interference with future earning capacity, and the potential inability to pursue her chosen career, wherefore, Plaintiff is entitled to damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

18.    The termination of Plaintiff was done in knowing violation of his rights as protected by the First and Fourteenth Amendments to the United States Constitution or reckless disregard of said rights, wherefore, Plaintiff is entitled to punitive damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

WHEREFORE, Plaintiff, J. D. Vieregge, prays for judgment for actual damages of not less than One Million Dollars ($1,000,000.00), punitive damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00), costs incurred in this action, attorney fees incurred in pursuing this

3

action, and restoration to his position at the Illinois Department of Commerce and Economic Opportunity.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL CLAIMS.

COUNT II

Plaintiff realleges paragraphs 1 through 12 of this Complaint as though fully set forth herein.

19.    Prior to his termination Plaintiff had a property interest in continued employment pursuant to the Illinois Personnel Code and Personnel Rules.

20.    Plaintiff met every legitimate employment performance expectation of the State of Illinois, the Illinois Department of Corrections, and the Illinois Department of Central Management Services.

21.    Acting under color of state law Defendants terminated Plaintiff's employment without affording any due process.

22.    As a result of termination of Plaintiff's employment, Plaintiff has suffered loss of wages and other fringe benefits in excess of Seven Hundred Fifty Thousand Dollars ($750,000.00), he has also suffered stress, tension, humiliation, injury to reputation, interference with future earning capacity, and the potential inability to pursue his chosen career, wherefore, Plaintiff is entitled to damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

23.    The termination of Plaintiff was done in knowing violation of his rights as protected by the First and Fourteenth Amendments to the United States Constitution or reckless disregard of said rights, wherefore, Plaintiff is entitled to punitive damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

4

WHEREFORE, Plaintiff, J. D. Vieregge, prays for judgment for actual damages of not less than One Million Dollars ($1,000,000.00), punitive damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00), costs incurred in this action, attorney fees incurred in pursuing this action, and restoration to hid position at the Illinois Department of Corrections.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL CLAIMS.

J. D. Vieregge, Plaintiff


By:   /s/ John E. Kerley
          John E. Kerley, one of his attorneys


Kerley & Associates, P.C.
John E. Kerley
Reg. # 06201458
2131 West White Oaks Drive, Suite B-2
Springfield, IL 62704
Tele:  (217) 698-0007
Fax: (217-726-0006