# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| J.D. VIEREGGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALONZO MONK, Individually and as Chief )<br>of Staff of Governor of the State of Illinois; )<br>ROD R. BLAGOJEVICH, Individually and )<br>as Governor of the State of Illinois; ROGER )<br>WALKER, JR., Individually and as Director )<br>of the Illinois Department of Corrections, )<br>JULIE CURRY, Individually and as Deputy )<br>Chief of Staff to the Governor of the State of )<br>Illinois and MICHAEL RUMMAN, )<br>Individually and as Director of Central )<br>Management Service, JAMES )<br>UNDERWOOD, Individually and as )<br>Personnel Director of the Illinois Department )<br>of Corrections, )<br>)<br>Defendants. ) | Case No. 05-3054<br><br>Honorable Jeanne E. Scott |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

Governor Rod R. Blagojevich, Alonzo Monk, Chief of Staff to Governor Blagojevich, Roger Walker, Jr., Director of the Illinois Department of Corrections ("IDOC"), Julie Curry, Deputy Chief of Staff to the Governor, Michael Rumman, Director of Central Management Service ("CMS") and James Underwood, Personnel Director of IDOC (collectively the "State Officials"), by their attorneys Jenner & Block LLP, respectfully move this Court for the entry of an order providing the State Officials with a fourteen-day extension of time, up to and including May 30, 2005, to respond to the Plaintiff's Complaint. In support of this Motion, the State Officials state:

    1.    The Complaint in this matter was filed on March 10, 2005.

2. The State Officials' response to the Complaint is currently due on May 16, 2005.

3. Due to their trial and litigation schedules and the need to investigate the allegations in the Complaint and to properly prepare an answer or other response, counsel for the State Officials respectfully request fourteen additional days to consult with their clients and respond to the Complaint.

4. This is the first extension of time the State Officials have requested in this matter.

5. On May 16, 2005, one of the counsel for the State Officials, John Storino, spoke with counsel for the Plaintiff, John Kerley and Mr. Kerley stated that the Plaintiff would agree to the fourteen-day extension sought by the State Officials here.

Respectfully Submitted,

ALONZO MONK, ROD R. BLAGOJEVICH, ROGER WALKER, JR., JULIE CURRY, MICHAEL RUMMAN, and JAMES UNDERWOOD

Dated: May 16, 2005

By: /s/ David Jiménez-Ekman (Bar # 6210519)
One of Their Attorneys

Jeffrey D. Colman (Bar # 0491160)
David Jiménez-Ekman (Bar # 6210519)
Acting as Special Assistant Attorneys General
John R. Storino (Bar # 6273115)
Damon D. Perry (Bar # 6279353)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

CHICAGO_1228294_3

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I, Damon D. Perry, an attorney, hereby certify that on May 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John E. Kerley, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Not Applicable.

    s/ Damon D. Perry
Damon D. Perry (Bar # 6279353)
Attorney for Defendant
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484