## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| J.D. VIEREGGE,              )<br>                             )<br>    Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>ALONZO MONK, Individually and as )<br>Chief of Staff of Governor of the State of )<br>Illinois; ROD R. BLAGOJEVICH, )<br>Individually and as Governor of the State )<br>of Illinois; ROGER WALKER, JR., )<br>Individually and as Director of the Illinois )<br>Department of Corrections, JULIE )<br>CURRY, Individually and as Deputy )<br>Chief of Staff to the Governor of the State )<br>of Illinois and MICHAEL RUMMAN, )<br>Individually and as Director of Central )<br>Management Service, JAMES )<br>UNDERWOOD, Individually and as )<br>Personnel Director of the Illinois )<br>Department of Corrections, )<br>                             )<br>    Defendants.             ) | Case No. 05-3054<br><br>Honorable Jeanne E. Scott |

## **APPEARANCE**

John R. Storino acting as Special Assistant Attorney General hereby enters his appearance on behalf of Governor Rod R. Blagojevich, Alonzo Monk, Chief of Staff to Governor Blagojevich, Roger Walker, Jr., Director of the Illinois Department of Corrections ("IDOC"), Julie Curry, Deputy Chief of Staff to the Governor, Michael Rumman, Director of Central Management Service ("CMS") and James Underwood, Personnel Director of IDOC (collectively the "State Officials") in the above-captioned case. I certify that I am admitted to practice in this court.

                                                                            Respectfully submitted:

                                                                            STATE OFFICIALS

Dated:   May 16, 2005                                              By:__s/ John R. Storino___
                                                                                                  One of their Attorneys

John R. Storino (Bar number 6273115)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois  60611
Telephone: (312) 222-9350
Facsimile:  (312) 840-7415

**CERTIFICATE OF SERVICE**

       I, John R. Storino, an attorney, hereby certify that on May 16, 2005, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

       John E. Kerley
       Kerley & Associates, P.C.
       2131 West White Oaks Drive, Suite B-2
       Springfield, Illinois 62704

       _____s/ John R. Storino____

       Bar number 6273115
       Attorney for the State Officials
       Jenner & Block LLP
       One IBM Plaza
       Chicago, Illinois  60611
       Telephone: (312) 222-9350
       Facsimile:  (312) 840-7415
       Email:  jstorino@jenner.com