## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| J.D. VIEREGGE,                     ) | |
|                                    ) | |
|        Plaintiff,                  ) | |
|                                    ) | Case No. 05-3054 |
| v.                                 ) | |
|                                    ) | Honorable Jeanne E. Scott |
| ALONZO MONK, Individually and as   ) | |
| Chief of Staff of Governor of the State of ) | |
| Illinois; ROD R. BLAGOJEVICH,      ) | |
| Individually and as Governor of the State ) | |
| of Illinois; ROGER WALKER, JR.,    ) | |
| Individually and as Director of the Illinois ) | |
| Department of Corrections, JULIE   ) | |
| CURRY, Individually and as Deputy  ) | |
| Chief of Staff to the Governor of the State ) | |
| of Illinois and MICHAEL RUMMAN,    ) | |
| Individually and as Director of Central ) | |
| Management Service, JAMES          ) | |
| UNDERWOOD, Individually and as     ) | |
| Personnel Director of the Illinois ) | |
| Department of Corrections,         ) | |
|                                    ) | |
|        Defendants.                 | |

## **APPEARANCE**

Damon D. Perry acting as Special Assistant Attorney General hereby enters his appearance on behalf of Governor Rod R. Blagojevich, Alonzo Monk, Chief of Staff to Governor Blagojevich, Roger Walker, Jr., Director of the Illinois Department of Corrections ("IDOC"), Julie Curry, Deputy Chief of Staff to the Governor, Michael Rumman, Director of Central Management Service ("CMS") and James Underwood, Personnel Director of IDOC (collectively the "State Officials") in the above-captioned case. I certify that I am admitted to practice in this court.

                                        Respectfully submitted:

                                        STATE OFFICIALS

Dated:   June 10, 2005                                          By:   s/ Damon D. Perry
                                                                                         One of their Attorneys

Damon D. Perry (Bar number 6279353)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois  60611
Telephone: (312) 222-9350
Facsimile:  (312) 840-7415

**CERTIFICATE OF SERVICE**

   I, Damon D. Perry, an attorney, hereby certify that on June 10, 2005, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

    John E. Kerley
    Kerley & Associates, P.C.
    2131 West White Oaks Drive, Suite B-2
    Springfield, Illinois 62704


    _____s/ Damon D. Perry____

    Bar number 6279353
    Attorney for the State Officials
    Jenner & Block LLP
    One IBM Plaza
    Chicago, Illinois  60611
    Telephone: (312) 222-9350
    Facsimile:  (312) 840-7415
    Email:  dperry@jenner.com