**E-FILED**
Wednesday, 20 July, 2005  11:48:33 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J.D. VIEREGGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  05-CV-3054 |
| | ) | |
| ALONZO MONK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a

scheduling conference was held on July 20, 2005 with Attorneys John

Edward Kerley and John R. Storino.  TIME LIMITS AND SETTINGS ARE

ORDERED AS FOLLOWS:

1.    Initial disclosures under Rule 26 to be made by August 3, 2005.

2.    No motions to join other parties or to amend the pleadings to be

filed after December 1, 2005.

3.    Plaintiff is to identify testifying experts and to provide Rule 26

expert reports by March 6, 2006.   All Defendants are to identify testifying

experts and to provide Rule 26 expert reports by May 20, 2006.

4.     The parties have until July 3, 2006, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.  The parties have until August 1, 2006 to complete expert discovery.

5.     Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period.   Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.   All motions to compel must contain the certification required by Rule 37 that the parties met and conferred and attempted to resolve the discovery dispute.  If the certification is not included, the motion to compel will be denied.

6.     The parties have until August 30, 2006 to file dispositive motions.  No dispositive motions filed after that date will be considered by the Court.

7.     Final Pre-trial Conference is scheduled for December 1, 2006 at 11:00 a.m. before U.S. District Judge Jeanne Scott.   All Motions in Limine to be filed on or prior to the Final Pre-Trial date.  (See Local Rule 16.1 -  Pre-Trial Procedures.)

8.     Jury trial is scheduled for December 4, 2006, at 9:00 a.m. on the trial calendar of U.S. District Judge Jeanne Scott.

9.     If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trial date and trial date may be changed.

10.    Mediation will be hosted by U.S. Magistrate Judge Cudmore in Springfield at joint request of the parties.

11.    If a Motion for Summary Judgment is filed before the August 30, 2006 deadline that would be case dispositive, any discovery post filing of the summary judgment motion is controlled by Rule 56(f) and the Court's ruling on any motion under Rule 56(f).

12.    Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED  July 20, 2005

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE