IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. D. Vieregge,<br><br>    Plaintiff,<br><br>    v.<br>Alonzo Monk, Individually and as Chief of Staff of Governor of the State of Illinois; Rod R. Blagojevich, Individually and as Governor of the State of Illinois;  Roger Walker, Jr., Individually and as Director of the Illinois Department of Corrections, Julie Curry, Individually and as Deputy Chief of Staff to the Governor of the State of Illinois and Michael Rumman, individually and as Director of Central Management Service, James Underwood, Individually and as Personnel Director of the Illinois Department of Corrections,<br><br>    Defendants. | Case No. 2005-3054 |

## MOTION FOR EXTENSION OF TIME AND MODIFICATION OF COURT SCHEDULING ORDER

Now comes Plaintiff, J. D. Vieregge, by his attorney, John E. Kerley, of Kerley & Associates, P.C., and for his Motion for Extension of Time and Modification of Court Scheduling Order states as follows:

1.   On or about Wednesday, July 20, 2005 this Court entered a Scheduling Order in this matter pursuant to Local Rule 16.2.

2.   The aforementioned Scheduling Order set forth certain deadlines by which the parties were to perform various tasks, including, but not limited to, a deadline of December 1, 2005 for the parties to file Motions to Join Other Parties or to amend the pleadings. On Tuesday, November 15,

2005 the undersigned counsel for Plaintiff learned that he has a serious illness that requires immediate diagnostic tests, surgery and further treatment. As a result, Plaintiff cannot comply with at least some of the deadlines set forth in the current Scheduling Order.

3. By this Motion Plaintiff asks for a revised Scheduling Order to be entered which grants the parties until February 1, 2006 to file Motions to Join Other Parties or to amend the pleadings.

4. Attached hereto as Exhibit A is a proposed Revised Scheduling Order. Pursuant to Local Rule 6.1 Plaintiff's counsel has consulted with defense counsel, John Storino. Mr. Storino has advised that he has no objection to the revised Order.

5. This Motion is not brought in bad faith. Rather, it is filed out of necessity and Plaintiff would be prejudiced irreparably if this Motion is not granted.

WHEREFORE, Plaintiff, J. D. Vieregge, prays for an extension of time and entry of a revised Scheduling Order in accordance with Exhibit A attached hereto.

Respectively Submitted,

BY:   /s/ John E. Kerley
         John E. Kerley, one of his attorneys

John E. Kerley
Kerley & Associates, P.C.
Reg. #6201458
2131 W. White Oaks Drive, Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax:  (217) 726-0006

**PROOF OF SERVICE**

  I hereby certify that on November 28, 2005, I electronically filed the foregoing Plaintiff's Motion for Extension of Time and Modification of Court Scheduling Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  jstorino@jenner.com

             Respectfully submitted

             /s/ John E. Kerley
             John E. Kerley, Attorney for Plaintiff
             John E. Kerley
             Kerley & Associates, P.C.
             Reg. #6201458
             2131 W. White Oaks Dr., Ste. B-2
             Springfield, Illinois 62704
             Tele: (217) 698-0007
             Fax:  (217) 726-0006
             LawyerJohn@aol.com