IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. D. Vieregge,<br><br>    Plaintiff,<br><br>    v.<br>Alonzo Monk, Individually and as Chief of Staff of Governor of the State of Illinois; Rod R. Blagojevich, Individually and as Governor of the State of Illinois;  Roger Walker, Jr., Individually and as Director of the Illinois Department of Corrections, Julie Curry, Individually and as Deputy Chief of Staff to the Governor of the State of Illinois and Michael Rumman, individually and as Director of Central Management Service, James Underwood, Individually and as Personnel Director of the Illinois Department of Corrections,<br><br>    Defendants. | Case No. 2005-3054 |

### REVISED SCHEDULING ORDER

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.    Initial disclosures under Rule 26 to be made by August 3, 2005.

2.    No motions to join other parties or to amend the pleadings to be filed after February 1, 2006.

3.    All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by March 6, 2006.   All Defendants are to identify testifying experts and to provide Rule 26 expert reports by May 20, 2006.

4.    The parties have until July 3, 2006, to complete fact discovery.  Any written discovery

Exhibit A

served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply. The parties have until August 1, 2006, to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until August 30, 2006, to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-trial Conference is scheduled for _____ at __.m. before U.S. District Judge Jeanne E. Scott. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

8. Trial is scheduled for _____ at _____ a.m. on the trial calendar of U.S. District Judge Jeanne E. Scott.

9. If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trial date and trial date may be changed.

10. A settlement conference will be hosted by U.S. Magistrate Judge Byron Cudmore in Springfield by joint request of the parties.

Exhibit A

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED _____

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE