E-FILED
Friday, 14 April, 2006   09:45:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J.D. VIEREGGE,<br><br>  Plaintiff,<br><br>v.<br><br>ALONZO MONK, Individually and as Chief of Staff of Governor of the State of Illinois; ROD R. BLAGOJEVICH, Individually and as Governor of the State of Illinois; ROGER WALKER, JR., Individually and as Director of the Illinois Department of Corrections, JULIE CURRY, Individually and as Deputy Chief of Staff to the Governor of the State of Illinois and MICHAEL RUMMAN, Individually and as Director of Central Management Service, JAMES UNDERWOOD, Individually and as Personnel Director of the Illinois Department of Corrections,<br><br>  Defendants. | Case No. 05-3054<br><br>Honorable Jeanne E. Scott |

## STIPULATION OF DISMISSAL

Pursuant to the agreement of all parties, under Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice, with each party to bear his own costs and attorneys' fees. This is a final judgment.

PLAINTIFF

By:  *[signature]* John E. Kerley

John E. Kerley
Kerley & Associates, P.C.
2131 West White Oaks Drive
Suite B-2
Springfield, Il 62704
(217) 698-0007

DEFENDANTS

By:  *[signature]* David Jiménez-Ekman

David Jiménez-Ekman
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

CHICAGO_1378228_2

## CERTIFICATE OF SERVICE

    I, David Jiménez-Ekman, an attorney, hereby certify that on April 14, 2006, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

        John E. Kerley
        Kerley & Associates, P.C.
        West White Oaks Drive, Suite B-2
        Springfield, Illinois 62704

                s/David Jiménez-Ekman

        Bar number 6210519
        Attorney for the State Officials
        Jenner & Block LLP
        One IBM Plaza
        Chicago, Illinois 60611
        Telephone: (312) 222-9350
        Facsimile: (312) 840-7415
        Email: djimenez-ekman@jenner.com